**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-10264 |
| | ) | |
| LEO V. MYERS, SR. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

**TRUSTEE'S MOTION FOR AUTHORITY TO PAY FUNDS FROM SALE OF REAL PROPERTY IN CANADA INTO FEDERAL REGISTRY**

The Trustee, Marvin A. Sicherman, hereby respectfully submits his Motion for Authority to Pay Funds from the Sale of Real Property in Canada Into the Federal Registry.

On September 24, 2009, the Trustee filed Adversary Proceeding No. 09-1324 (the "Adversary Proceeding") seeking to sell co-owners interests in real property located in Canada, and known as Island Number Nine in Lake Nipissing, Ontario, Canada (the "Real Property"), and to determine the validity, priority and amount of liens and claims to the Real Property. On March 26, 2010, this Court entered an Order authorizing the Trustee to sell the Real Property free and clear of all liens and directing the Trustee to pay seventy-five percent (75%) of the net proceeds from the sale of the Real Property into the Federal Registry. The March 26, 2010 Order specified that the net proceeds were to be determined by subtracting all of the administrative costs and expenses associated with the sale of the Real Property, including closing costs, and excluding any compensation of the Trustee, from the gross proceeds from the sale of the Real Property. On April 7, 2010, this Court entered an Order closing the Adversary Proceeding.

On June 9, 2010, the Trustee closed the sale of the Real Property for the total sum of $125,000.00 Canadian dollars, which translated to a sale price of $118,129.04 USD. The Trustee

received a credit of $222.62 for real estate tax refund/adjustment and paid the following closing costs and expenses associated with the sale of the Real Property:

| | |
|---|---|
| Broker's Commission | $9,922.84 |
| Canadian Special Counsel Fees | $5,119.36 |
| West Nippissing, Canada Municipal taxes | $2,964.42 |

The Trustee received total sale proceeds in the amount of $100,345.04. The Trustee also incurred the following administrative fees and expenses associated with the sale of the Real Property:

| | |
|---|---|
| Attorneys Fees | $7,009.50 |
| Expenses | $893.81 |

After subtracting all of the administrative fees and expenses and associated with the sale of the Real Property, the net proceeds are $92,441.73. The Trustee requests authority to pay seventy-five percent (75%) of the net proceeds of $92,441.73, or the total amount of $69,331.30, into the Federal Registry, pursuant to this Court's March 26, 2010 Order.

Respectfully submitted,

/s/ Lisa A. Meyer
Lisa A. Meyer (#0076403)
DETTELBACH, SICHERMAN & BAUMGART
1801 E. 9th Street, Suite 1100
Cleveland, OH 44114
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: lmeyer@dsb-law.com

**Attorneys for the Trustee**

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion has been electronically mailed to the United States Trustee, to Robert Berk, Attorney for the Debtor, and to all creditors entering a Notice of Appearance in this Bankruptcy Case, and was mailed, via regular U.S. mail, postage pre-paid, this 9th day of August, 2010, to the following:

Leo V. Myers, Sr.
9340 Shadylake Drive
Streetsboro, OH 44241

/s/ Lisa A. Meyer
Lisa A. Meyer, Attorney

F:\WPWIN\TEE\MAS\Myers, Leo\Motion to Pay Into Federal Registry.wpd