*R# 151165*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 09-10264(H)
)
LEO V. MYERS, SR., ) Chapter 7
)
)
Debtor(s) ) Judge: ARTHUR I. HARRIS

## TRANSMITTAL OF UNCLAIMED FUNDS

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since the Debtor's exemption in household goods in the amount of $10,775.00 and Caressie Myers' check for insurance proceeds from property damage in the amount of $11,905.89 were paid in this case. A stop payment has been issued on these checks as remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Debtor's exemption | Leo V. Myers, Sr.<br>c/o Robert J. Berk, Esq.<br>75 Public Square, #1475<br>Cleveland, OH 44113-2001 | $10,775.00 — *CK # 99* |
| Caressie Myers' insurance proceeds | Caressie Myers<br>c/o Robert J. Berk, Esq.<br>75 Public Square, #1475<br>Cleveland, OH 44113-2001 | $11,905.89 — *CK # 100* |

2. Your trustee's check for $22,680.89 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: October 18, 2010

_____
Marvin A. Sicherman, Trustee

cc: United States Trustee