The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 28, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: September 28, 2010

Arthur I. Harris
United States Bankruptcy Judge

Recpt. 151175
Ck # 101

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-10264 |
| | ) | |
| LEO V. MYERS, SR. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

## ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY FUNDS FROM SALE OF REAL PROPERTY IN CANADA INTO FEDERAL REGISTRY

This cause came on for consideration upon the Motion of the Trustee, Marvin A. Sicherman, for Authority to Pay Funds from the Sale of the Real Property in Canada Into the Federal Registry, with due notice of the Trustee's Motion and the hearing thereon having been given to all necessary parties. No party has responded to the Trustee's Motion. The Court deems the Motion to be unopposed, and it is therefore granted.

The Court finds that the subject matter of the Trustee's Motion and of this Order is within the core matter jurisdiction of this Court under the express provisions of 28 U.S.C. §157(b)(2)(A)

and (O).

ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion of the Trustee is hereby granted, and the Trustee is hereby authorized to pay seventy-five percent (75%) of the net proceeds of $92,441.73 from the sale of the Real Property in Canada, or the total amount of $69,331.30, into the Federal Registry, pursuant to this Court's March 24, 2010 Order entered in Adversary Proceeding No. 09-1324.

**IT IS SO ORDERED.**

###

**ORDER SUBMITTED BY:**
/s/ Lisa A. Meyer
Lisa A. Meyer (#0076403)
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: lmeyer@dsb-law.com
**Attorneys for the Trustee**

**Service List**

Robert J. Berk - email: bobberklex@aol.com
75 Public Square, Suite 1425
Cleveland, OH 44113

Lisa A. Meyer - email: lmeyer@dsb-law.com
Dettelbach, Sicherman & Baumgart
1801 East 9th Street, Suite 1100
Cleveland, OH 44114-3169

Leo V. Myers, Sr.
9340 Shadylake Drive
Streetsboro, OH 44241
F:\WPWIN\TEE\MAS\Myers, Leo\Federal Registry Order.wpd

-2-

09-10264-aih    Doc 81    FILED 09/28/10    ENTERED 09/29/10 10:32:56    Page 2 of 2
09-10264-aih    Doc 84    FILED 10/25/10    ENTERED 10/25/10 14:28:40    Page 2 of 2